DAVID M. DUDLEY, ESQ. 118629
1800 Century Park East
Sixth Floor
Los Angeles, CA 90067
Tel. (310) 772-8400
Fax (310) 772-8404

Attorney for Defendant PERRY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 08-cr-00375-SVW-8 |
|---|---|---|
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| MARK PERRY, | ) | |
| Defendant. | ) | |

IS HEREBY ORDERED, at the request of Defendant Mark Perry in the above-entitled matter, that the notice of appeal he has filed be withdrawn.

DATED: December 22, 2008

_____
UNITED STATES DISTRICT COURT JUDGE